IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Brown, and | ) | |
| Virgilija Brown, | ) | 09-cv-6989 |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Metrou & Associates, | ) | JURY DEMANDED |
|     Defendant. | ) | |

## COMPLAINT

1.  Plaintiffs William Brown and Virgilija Brown bring this action to secure redress for violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"). The defendant debt collector made incorrect and/or misleading statement as to the consumer's rights and obligations under 15 U.S.C. §1692g in a collection letter dated February 12, 2009.

## JURISDICTION AND VENUE

2.  This Court has federal question subject matter jurisdiction over the FDCPA claims under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. The Court has supplemental jurisdiction over the invasion of privacy and declaratory claims.

3.  Venue is proper because a substantial portion of the events complained of occurred in this District.

## PARTIES

4.  Plaintiffs are husband and wife, and reside in this District.

5.  Defendant Metrou & Associates is a debt collection agency located at 123 W. Washington Street, Suite 216, Oswego, Illinois 60543. Upon information and belief, based upon

admissions in Exhibit A, that defendant is bound to make certain disclosures by the FDCPA, defendant is a "debt collector" under the FDCPA.

## FACTS

6. On or about February 12, 2009, defendant sent plaintiffs the letter attached as Exhibit A, in an attempt to collect an alleged debt incurred for family or household purposes.

7. Exhibit A states,

> 1. Unless you dispute the debt or any portion thereof within 30 days after receipt of this Notice, I will assume the debt to be valid.
>
> 2. If you notify me within 30 days after receipt of this notice that the debt or any portion thereof is dispute, I will obtain further verification of the debt and mail you a copy of the verification to you.
>
> 3. I am not required by law to wait 30 days to proceed with collection of the debt but if you request further written verification or proof of the debt, I will cease collection action until I provide the requested information.

## COUNT I

8. Plaintiff incorporates all paragraphs of this complaint.

9. The FDCPA, 15 U.S.C. §1692g(b), provides debtors the right to request validation of debts from debt collectors within 30 days of an initial debt collection communication.

10. The statement in section 3 of the above-quoted paragraphs states that that the law does not require the collector to cease collection if the collector receives a validation request within 30 days of receipt of the letter is false.

11. In fact, section 1692g(b) *does* require the collector to cease collection efforts if there is a request for validation within the 30 day period:

> If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) of this section that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed

2

portion thereof, until the debt collector obtains verification…. [Emphasis added.]

12. The passage in <u>Exhibit A</u> gives the impression that the collector would stop collecting "out of the goodness of his own heart" if he received a dispute, rather than because the law requires him to stop.  The statement thus runs afoul of the safe harbor provided in *Bartlett v. Heibl*, 128 F.3d 497 (7th Cir. 1997) and violates the FDCPA.

WHEREFORE, plaintiff requests that this Court enter judgment for plaintiff and against each defendant for:

    a.    Statutory and actual damages;

    b.    Attorney's fees and costs of suit;

    c.    Any other relief the Court deems fit.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

**JURY DEMAND**

Plaintiff demands trial by jury.

/s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288

(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

**DOCUMENT PRESERVATION DEMAND**

      Plaintiff hereby demands that the defendant take affirmative steps to preserve all recordings, data, documents and all other tangible things that relate to plaintiff, the events described herein, any third party called in association with any account or file associated with plaintiff, and any account or number relating to any of them. These materials are very likely relevant to the litigation of this claim. This demand shall not narrow the scope of any independent document preservation duties of the defendant.

      /s/Alexander H. Burke

# Exhibit A

# *Metrou & Associates*
## *Attorneys & Counselors at Law*

*Peter N. Metrou, Attorney*
*Lynn M. Martner, Paralegal/Assistant*

123 W. Washington Street
Suite 216
Oswego, Illinois 60543
Telephone: (630) 551-7171
Facsimile: (630) 551-7174

February 12, 2009

Mr. & Mrs. Brown

Batavia, Illinois 60510

Re:   Outstanding Invoice with Spiro P. Korpas Contractors
      Past Due Amount: $▮

Dear Mr. & Mrs. Brown:

Please be advised that I have been retained by Spiro P. Korpas with regard to the collection of an outstanding invoice in the amount of $▮ for work performed in your home. Because of your failure to make satisfactory payment on your account, my client is considering legal action to recover the balance due and owing on the account. I enclose for your review and convenience a copy of the invoice for the work performed showing the balance due totaling the above amount. Demand is hereby made upon you to pay said amount.

I am required by law to inform you that:

1. Unless you dispute the debt or any portion thereof within 30 days after receipt of this Notice, I will assume the debt to be valid.

2. If you notify me within 30 days after receipt of this notice that the debt or any portion thereof is disputed, I will obtain further verification of the debt and mail you a copy of the verification to you.

3. I am not required by law to wait 30 days to proceed with collection of the debt but if you request further written verification or proof of the debt, I will cease collection action until I provide the requested information.

To: Mr. & Mrs. Brown
Re: Outstanding Invoice
Date: February 12, 2009
Page: Two

In the event that you pay the aforesaid amount which is past due within 30 days from receipt of this correspondence, I will cease any further collection efforts concerning this invoice.

Your check for payment should be made payable to Spiro P. Korpas Contractors and mailed to Metrou & Associates, 123 W. Washington Street, Suite 216, Oswego, Illinois 60543.

**THIS NOTICE IS GIVEN PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT:**

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Sincerely yours,

Peter N. Metrou

PNM/lm

Enclosure

cc: Spiro Korpas